■ MONTANA POWER COMPANY, Appellant, v. GUY JANSON et al., Underwriters at Lloyd's Under Master Policy No. 736114, Respondents.— Order, entered July 11, 1967, denying plaintiff's motion to strike the first partial defense that plaintiff is not the real party in interest, unanimously reversed, on the law, with $50 costs and disbursements to plaintiff-appellant, and motion granted. The plaintiff was not divested of its cause of action either by the payment to it by an insurer of a sum substantially less than its loss or by its execution of a subrogation receipt. The form of the latter instrument is not important nor is its validity affected by the omission of a corporate acknowledgment or seal. (*Rockaway Blvd. Wrecking & Lbr. Co.* v. *Raylite Elec. Corp.*,

25 A D 2d 842; CPLR 1004.)   Concur — Stevens, J. P., Steuer, Tilzer, McGivern and McNally, JJ.